1 TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
2 100 North City Parkway, Suite 1560
Las Vegas, NV 89106
3 Tele: 702.868.2600; Fax: 702.385.6862
E-Mail: tehafen@duanemorris.com
4
Attorneys for Defendant *TD Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK NEIL CHAPIN, an individual, | Case No.: 2:21-cv-00533-RFB-EJY |
| Plaintiff, | **JOINT MOTION AND ORDER EXTENDING DEFENDANT TD BANK, N.A.'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| TD BANK, N.A., a National Banking Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, | **(FIRST REQUEST)** |
| Defendants. | |

Defendant TD BANK, N.A. ("TD Bank"), by and through its counsel, DUANE MORRIS LLP, and Plaintiff PATRICK NEIL CHAPIN ("Plaintiff"), by and through its counsel, COGBURN LAW, jointly request that this Court grant this Joint Motion, in compliance with LR IA 6-1 and 6-2, to extend the time for the TD Bank to respond to Plaintiff's Complaint [ECF No. 1], which response is currently due June 1, 2021, up to and including **July 1, 2021**.

TD Bank and Plaintiff are engaged in discussing an early resolution, including the review and informal exchange of background information. This extension will allow additional time so that they

///
///
///
///
///

1
JOINT MOTION TO EXTEND DEADLINE

DM1\12105723.1

may continue to review such information and explore the possibility of early resolution. This stipulation is filed in good faith and not intended to cause delay.

DATED this 28thday of May, 2021.

| COGBURN LAW | DUANE MORRIS LLP |
|---|---|
| By: /s/ *Eric W. Fox* <br> Jamie S. Cogburn (SBN 8409) <br> Erik W. Fox (SBN 8804) | By: /s/ *Tyson E. Hafen* <br> Dominica C. Anderson (SBN 2988) <br> Tyson E. Hafen (SBN 13139) |
| Attorneys for Plaintiff *Patrick Neil Chapin* | Attorneys for Defendant *TD Bank, N.A.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 28, 2021