Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV  89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
kneben@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK NEIL CHAPIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TD BANK, N.A., a National Banking Association; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; and EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No. 2:21-cv-00533-RFB-EJY<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK**<br><br>Complaint filed:  April 1, 2021 |

On July 2, 2021, Plaintiff and Experian Information Solutions, Inc. ("Experian") filed a notice of settlement with the Court, stating that the parties anticipated completing settlement documents and filing a Stipulation of Dismissal with the Court within the next thirty (30) days. (ECF No. 14). Experian has recently received the settlement documents from Plaintiff and is

currently obtaining its countersignature and remaining items required for settlement. The parties respectfully request an additional thirty (30) days to complete the settlement paperwork and submit a Stipulation for Dismissal.

DATED this 10th day of September 2021.

NAYLOR & BRASTER

By: */s/ Benjamin B. Gordon*
    Jennifer L. Braster
    Nevada Bar No. 9982
    Benjamin B. Gordon
    Nevada Bar No. 15552
    1050 Indigo Drive, Suite 200
    Las Vegas, NV 89145

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of September, 2021.

## **CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of NAYLOR & BRASTER and that on this 10th day of September 2021, I caused the document **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STATUS REPORT REGARDING SETTLEMENT AND REQUEST FOR ADDITIONAL TIME TO COMPLETE SETTLEMENT PAPERWORK** to be served through the Court's CM/ECF system addressed to:

Jamie S. Cogburn
Erik-Anthony W. Fox
Cogburn Law Offices
2850 St. Rose Parkway, Suite 330
Henderson, NV 89074
Email: jsc@cogburncares.com
Email: ewf@cogburncares.com
*Attorneys for Plaintiffs*

                                        */s/ Amy Reams*
                                        An Employee of NAYLOR & BRASTER